IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JEAN F. SIMPSON, M.D.   )
                        )
v.                      ) NO. 3-13-1177
                        ) JUDGE CAMPBELL
THE VANDERBILT UNIVERSITY )

ORDER

Pending before the Court is Plaintiff's Motion for Temporary Restraining Order (Docket No. 4). The Court held a hearing on the Motion on October 28, 2013, which was attended by counsel for both parties.

In determining whether to issue a TRO pursuant to Rule 65 of the Federal Rules of Civil Procedure, the Court is to consider: (1) the plaintiff's likelihood of success on the merits; (2) whether the plaintiff may suffer irreparable harm absent the injunction; (3) whether granting the injunction will cause substantial harm to others; and (4) the impact of the injunction on the public interest. Abney v. Amgen, Inc., 443 F.3d 540, 546 (6th Cir. 2006).

For the reasons stated from the bench at the hearing, Plaintiff's Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

1