IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JEAN F. SIMPSON, M.D.              )
                                   )      No. 3-13-1177
v.                                 )
                                   )
THE VANDERBILT UNIVERSITY          )

O R D E R

By order entered June 20, 2014 (Docket Entry No. 53), Judge Campbell recused himself and the case was reassigned to Chief Judge Haynes.

The Clerk is directed to forward the file to Magistrate Judge Brown prefatory to the settlement conference scheduled on August 7, 2014.

Because Chief Judge Haynes normally conducts his own case management, unless otherwise directed by the Court, there will be no further proceedings before the undersigned Magistrate Judge.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge