UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEAN F. SIMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:13-cv-1177 |
| ) | Judge Haynes/Brown |
| VANDERBILT UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

A settlement conference was held with the parties on August 7, 2014. Although the parties negotiated in good faith, they were not able to come to an agreement satisfactory to all parties. The Magistrate Judge stands ready to assist the parties should they feel that further alternate dispute resolution would be helpful in this matter.

There is nothing further to be done by the undersigned Magistrate Judge in this case. Therefore, the Clerk is directed to term the referral and return the file to District Judge Haynes.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge